UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL N. LAZARIDIS,

    Plaintiff,

v.

THE HERALD COMPANY, INC.,
a/k/a THE GRAND RAPIDS PRESS,
ADVANCE INTERNET NY, L.L.C,
and B.V.H., INC.,

    Defendants.
_____/

Case No. 5:05-CV-111

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court to reject Defendant B.V.H., Inc.'s Answer. Defendant B.V.H., Inc.'s Answer is fatally deficient in two ways.

First, B.V.H., Inc.'s Answer is signed by "John P. Wehmer[,] President of [B.V.H.] and "Christina L. Lazaridis[,] former President of [B.V.H.]." Neither signatory appears to be an attorney admitted to practice before the Western District of Michigan, the State of Michigan, or any other federal or state court within the United States of America. Under federal and Michigan law, corporations may only appear through licensed and duly admitted counsel. *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); *Ginger v. Cohn*, 426 F.2d 1385, 1386 (6th Cir. 1970); *United States v. 9.19 Acres of Land*, 416 F.2d 1244, 1245 (6th Cir. 1969); *Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir. 1984).

Second, B.V.H., Inc.'s Answer is in violation of this Court's August 4, 2005 Order wherein the Court ordered that exhibits referring to minor children and the proposed reference list were to be sealed. It was further ordered that Defendant B.V.H., Inc. would be referenced only as redacted

name B.V.H., Inc., and no other corporate identifiers would be permitted.  B.V.H., Inc.'s Answer repeatedly refers to itself in violation of the Court's Order to Seal, and thus, shall be rejected.

    **THEREFORE, IT IS HEREBY ORDERED** that the Clerk of the Court shall **REJECT** Defendant B.V.H., Inc.'s Answer.

    **IT IS FURTHER ORDERED** that Defendant B.V.H.., Inc., shall obtain the appearance of a licensed and duly admitted attorney which must file an amended Answer within 28 days of this Order.  Should Defendant B.V.H., Inc. fail to do so, default will enter against it.

DATED in Kalamazoo, MI:     /s/ Richard Alan Enslen
    September 23, 2005     RICHARD ALAN ENSLEN
                         SENIOR UNITED STATES DISTRICT JUDGE