UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMMANUEL N. LAZARIDIS,

    Plaintiff,

v.

THE HERALD COMPANY, INC.,
a/k/a THE GRAND RAPIDS PRESS,
ADVANCE INTERNET NY, L.L.C,
and B.V.H., INC.,

    Defendants.
_____/

Case No. 5:05-CV-111

Hon. Richard Alan Enslen

**ORDER**

This matter is before the Court to amend the docket and seal Defendant B.V.H. Inc.'s Acknowledgment of Service for failing to comply with this Court's August 4, 2005 Order wherein the Court ordered that exhibits referring to minor children and the proposed reference list were to be sealed. It was further ordered that Defendant B.V.H., Inc. would be referenced only as redacted name B.V.H., Inc., and no other corporate identifiers would be permitted.

Defendant B.V.H., Inc. is advised to consult Western District of Michigan Local Civil Rule 10.6(b)'s requirement that:

> A document submitted pursuant to a previous order by the Court authorizing the document to be filed under seal shall be clearly labeled "Sealed Document," shall be submitted in an envelope suitable for sealing the document, and identify the order or other authority allowing filing under seal. The caption of the case, case number, title of document, and the words "Contained Sealed Documents" shall be prominently written on the outside fo the envelope.

Defendant B.V.H., Inc., should be further advised that when a minor child's name is mentioned in pleadings or exhibits, only the initials should be used and it is the responsibility of counsel and the parties to assure that all personal identifiers are omitted. W.D. Mich. LCivR 10.7. Because

Defendant B.V.H., Inc.'s Acknowledgment of Service included its corporate identifier in violation of this Court's Order to Seal, the Acknowledgment will now be sealed.

**THEREFORE, IT IS HEREBY ORDERED** that B.V.H., Inc.'s Acknowledgment of Service (Dkt. No. 19) is **SEALED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall docket a redacted acknowledgment of service on behalf of B.V.H., Inc. in compliance with this Court's Order to Seal.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>September 23, 2005 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |